

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      *Helen Mayfield v. Richard Worthen and Comerica Bank*

Appellate case number:    01-20-00669-CV

Trial court case number:  2019-70163

Trial court:              157th District Court of Harris County


      It is ordered that the motion for rehearing is **DENIED**.


Judge's signature:        /s/ Veronica Rivas-Molloy
                        Acting for the Court


The panel consists of Justices Hightower, Rivas-Molloy, and Guerra.


Date:  December 21, 2021